IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY JOE WORLEY                                                              PLAINTIFF

Vs.                              CASE NO. 3:05cv00004 JWC

AARON DAVIS, et al                                                           DEFENDANTS

<u>ORDER</u>

The Court previously denied Attorney Fred E. Briner's motion to appoint additional counsel (docket entries #13 & #16).  However, Attorney John Andrew Ellis has written the Court and volunteered his services as co-counsel to Mr. Briner.

Therefore, pursuant to 42 U.S.C. § 2000e-5(f)(1) and Local Rule 83.7, John Andrew Ellis, Arkansas Bar No. 99012, of the firm of Boswell, Tucker, Brewster and Davis, P.O. Box 789, Bryant, Arkansas 72089-0789 is appointed as additional counsel to assist Mr. Briner in the representation of Plaintiff in all further proceedings in this action.  The Clerk is directed to show Mr. Ellis as co-counsel of record.  As co-counsel of record, Mr. Ellis will automatically receive electronic notification of all future filings via Case Management/Electronic Case Filing.

The Court thanks Mr. Ellis for his willingness to assist.

IT IS SO ORDERED this 19th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE