IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY JOE WORLEY                                                                                      PLAINTIFF
ADC #130383

V.                                           NO.  3:05CV00004 JWC

AARON DAVIS, et al                                                                                   DEFENDANTS

## ORDER

The Court is in receipt of a letter dated December 6, 2005, from John Ellis, Plaintiff's appointed counsel.  In this letter, Mr. Ellis explains that the answer filed by David Gerald Bailey (docket entry #36) indicates, through personal information provided, that the wrong defendant was served.  Specifically, David Gerald Bailey is not the "correct" David Bailey and should have never been served.  For this reason, the Clerk of the Court is directed to docket counsel's letter as a notice by Plaintiff of improper service.  The Clerk of the Court is further directed to <u>remove</u> the document attached to docket entry #36 from the case file, to mail a copy of this order to the David Bailey who filed the answer, and to remove his address from the docket.

IT IS SO ORDERED this 13th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE