IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY JOE WORLEY,                                                     PLAINTIFF
ADC #130383

vs                         CASE NO. 3:05cv00004 JWC

AARON DAVIS, et al                                           DEFENDANT

ORDER

The Court having been advised of the death of Plaintiff, the jury trial currently scheduled for October 11, 2006 in Jonesboro is cancelled. Plaintiff's successors or representatives shall have 90 days from the filing of the suggestion of death to file a motion for substitution or the case will be dismissed.

IT IS SO ORDERED this 7th day of July, 2006.

                                                         UNITED STATES MAGISTRATE JUDGE