IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY JOE WORLEY                                                                                    PLAINTIFF
ADC #130383

V.                                           NO.  3:05CV00004 JWC

AARON DAVIS, et al                                                                               DEFENDANTS

## ORDER

On July 5, 2006, counsel for Plaintiff filed a motion to extend the discovery deadline (docket entry #45).[1]  Counsel seeks an extension up to and including September 15, 2006, on the grounds that he experienced a delay in receiving a complete set of medical records from the Arkansas Department of Correction and desires an extension solely for issues in connection with damages.  Although Defendants' counsel has no objections, so long as the extension is confined to issues of damages, the motion is nevertheless now moot.  By order entered July 7, 2006 (docket entry #46), the jury trial scheduled for October 11, 2006, was cancelled due to notification of Plaintiff's death.  Plaintiff's successors or representatives have 90 days from the filing of the forthcoming suggestion of death to file a motion for substitution or this case will be dismissed.  For these reasons, counsel's motion (docket entry #45) is DENIED AS MOOT.

IT IS SO ORDERED this 12th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]  The discovery deadline is currently set at July 28, 2006 (see docket entry #43).