IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY JOE WORLEY                                                                         PLAINTIFF

V.                                        NO.  3:05CV00004 JWC

AARON DAVIS, et al                                                                    DEFENDANTS

ORDER

On January 14, 2005, Plaintiff, a pro se inmate who at the time was confined to the Cummins Unit of the Arkansas Department of Correction, filed this 42 U.S.C. § 1983 civil rights action (docket entry #2) along with a separate application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (docket entry #1).  Plaintiff submitted the proper financial information in compliance with § 1915(a)'s requirements; accordingly, in forma pauperis status was granted and service was ordered (docket entry #3).

By order entered July 7, 2006 (docket entry #46), the jury trial scheduled for October 11, 2006, was cancelled due to notification of Plaintiff's death, which occurred on April 27, 2006.  On July 27, 2006, co-counsel for Plaintiff filed a suggestion of death pursuant to Fed. R. Civ. P. 25(a)(1) (see docket entry #48).  Rule 25(a)(1) requires a party, or the successors or representatives of a deceased party, to file a motion for substitution of parties within ninety (90) days after death is suggested upon the record or the action shall be dismissed as to the deceased party.  Notice of the suggestion of death was mailed to Plaintiff's next of kin, Ms. Barbara Worley, 720 West Martin, Campbell, Missouri 63933 on July 27, 2006.  More than ninety-three (93) days have passed since the notice of the suggestion of death was mailed and no motion for substitution of parties has been made; therefore, Plaintiff's case must be dismissed.

In accordance with the above, IT IS, THEREFORE, ORDERED that:

1. Plaintiff's case is DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE.

2. Any PENDING MOTIONS are DENIED AS MOOT.

DATED this 1st day of November, 2006.

                                                              UNITED STATES MAGISTRATE JUDGE