IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY JOE WORLEY                                                                                      PLAINTIFF

V.                                          NO.  3:05CV00004 JWC

AARON DAVIS, et al                                                                                   DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 1st day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE