IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY JOE WORLEY                                           PLAINTIFF

V.                               NO.  3:05CV00004 JWC

AARON DAVIS, et al                                     DEFENDANTS

## ORDER

On July 27, 2006, co-counsel for Plaintiff filed a suggestion of death pursuant to Fed. R. Civ. P. 25(a)(1) (see docket entry #48).  Notice of the suggestion of death was mailed to Plaintiff's next of kin, Ms. Barbara Worley,[1] the same day.  No motion for substitution of parties was made; therefore, by order entered November 1, 2006 (see docket entry #49), Plaintiff's case was dismissed.  Judgment was entered (see docket entry #50).  Plaintiff's appointed counsel, Fred E. Briner and the Boswell Law Firm,[2] have now filed an application for reimbursement of costs and brief in support (docket entries #51, #52) requesting disbursement of funds from the Court's Reimbursement of Out-of-Pocket Expenses Fund pursuant 28 U.S.C. § 1915 and Local Rule 83.6 of the Rules of the United States District Court for the Eastern District of Arkansas.

Having considered the application pursuant to the guidelines and policies of the Fund, the Court hereby GRANTS counsels' request and orders that the Clerk of the Court distribute to the named applicants the amounts as follows from the Fund:

Fred E. Briner, Seven Hundred Seventy-Three Dollars and Two Cents ($773.02); and

The Boswell Law Firm, One Thousand Three-Hundred Sixty-Six Dollars and Sixty-Nine Cents ($1,366.69).

---

[1] 720 West Martin, Campbell, Missouri 63933.

[2] Through John Andrew Ellis.

A copy of this order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

    IT IS SO ORDERED this 27th day of November, 2006.

                                                                                                            */s/ Jerry W. Cavaneau*
                                                                                           UNITED STATES MAGISTRATE JUDGE